IN THE UNITED STATES DISTRICT COURThi
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02624-BNB

RONALD EZELL HOOD,

    Plaintiff,

v.

ATTORNEY GENERAL, ERIC HOLDER, The United States of America,
DEPARTMENT OF VETERANS AFFAIRS, Denver Regional Office, and
THE DIRECTOR OF THE DENVER REGIONAL OFFICE, Veterans Service Center
    Manager, Denver VA Regional Office,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 07 2010

GREGORY C. LANGHAM
    CLERK

ORDER OF DISMISSAL

Plaintiff, Ronald Ezell Hood, filed *pro se* a civil rights complaint pursuant to 42 U.S.C. § 1983 for money damages and injunctive relief. Mr. Hood was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On November 18, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Hood to file within thirty days an amended complaint that asserted the proper jurisdiction, complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, sued the proper Defendants, and alleged each named Defendant's personal participation in the asserted claims. Magistrate Judge Boland warned Mr. Hood that if he failed within the time allowed to file an amended complaint that complied with the directives of the November 18 order, the complaint and the action would be dismissed without further notice.

Mr. Hood has failed within the time allowed to file an amended complaint as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Ronald Ezell Hood, within the time allowed to file an amended complaint that complies with the November 18, 2009, order and for his failure to prosecute.

DATED at Denver, Colorado, this 6th day of January, 2010.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02624-BNB

Ronald Ezell Hood
5535 South Rome Street
Centennial, CO 80015

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/7/10

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk